# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-17-00745-CV

**North Carolina Furniture Direct I, Ltd. d/b/a North Carolina Furniture Direct; and
North Carolina Furniture Direct Ltd., Co., Appellants**

**v.**

**Edison Cement Corp. d/b/a Edison Furniture Co., Appellee**

### FROM THE DISTRICT COURT OF HAYS COUNTY, 274TH JUDICIAL DISTRICT
### NO. 15-2305, HONORABLE GARY L. STEEL, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellant North Carolina Furniture Direct I, Ltd. has notified this Court that it has filed for bankruptcy protection (United States Bankruptcy Court, W.D. Texas, Case No. 18-10595-tmd (Chapter 11)). *See* Tex. R. App. P. 8.1.  Accordingly, this appeal is stayed. *See* 11 U.S.C. § 362; Tex. R. App. P. 8.2.  Any party may file a motion to reinstate the appeal if permitted by federal law or the bankruptcy court. *See* Tex. R. App. P. 8.3(a).  It is the parties' responsibility to notify the Court as soon as possible if an event occurs that would allow reinstatement. *Id.*  Failure to notify this Court of a lift of the automatic stay or the conclusion of the bankruptcy proceeding may result in the dismissal of the case for want of prosecution. *See id.* R. 42.3(b).

Before Justices Puryear, Pemberton, and Bourland

Bankruptcy

Filed: June 19, 2018